UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SHAH ZAIB KHAN, ARSHE KHAN,
UMAIR KHAN, AMMARA KHAN,
USMAN KHAN,

                Petitioner/Plaintiffs,

   -against-

ALBERTO GONZALES,
Attorney General of the United States,

ALPHANSO AGUIRRE, Commissioner,
U.S. Citizenship and Immigration Services,

EDWARD McELROY, New York Field
Office Director, Bureau of Immigration and
Customs Enforcement,

U.S. Citizenship and Immigration
Service,

United States Department of Justice,

                Respondents/Defendants.
------------------------------------------------------------------X

JUDGMENT
05-CV- 5563 (ARR)

      An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 30, 2005, directing that this Court has no jurisdiction to grant the relief sought by the petition; and dismissing the petition for lack of subject matter jurisdiction; it is

      ORDERED and ADJUDGED that petitioner/plaintiffs take nothing of the respondents/defendants; that this Court has no jurisdiction to grant the relief sought by the petition; and that the petition is dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, New York
       December 06, 2005

                                              ROBERT C. HEINEMANN
                                              Clerk of Court